IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | Case No: 8:08MJ33 |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| JOHNNY TREVINO, ) | |
| ) | |
| Defendant. | |

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel.  After a review of the Financial Affidavit,

   **IT IS ORDERED** that Matthew M. Munderloh is appointed as attorney of record for the above-named defendant in this matter for the matter of the initial appearance only, held on March 4, 2008.

   **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

   **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Matthew M. Munderloh.

   **IT IS FURTHER ORDERED** that the defendant shall make a partial payment of $200.00 within ten days, a reimbursement of fees to be expended on his behalf pursuant to 18 U.S.C. 3006A(f). Said amount to be paid to the Clerk of the Court for deposit in the Treasury.

   DATED this 4th day of March, 2008.

                                        BY THE COURT:

                                        s/ Thomas D. Thalken
                                        U.S. Magistrate Judge